| Information to identify the case: | |
|---|---|
| Debtor 1: Deanna Lynn Coleman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1956<br>EIN   __–_____ |
| Debtor 2:<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Western District of Texas | |
| Case number:   24–50490–cag | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Deanna Lynn Coleman
aka Deanna Lynn Hogan, aka Deanna Lynn Warren

7/5/24

**For the court:** *Barry D. Knight* (signature)

Barry D. Knight
Clerk of the Bankruptcy Court

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| In re: | Case No. 24-50490-cag |
|---|---|
| Deanna Lynn Coleman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2024 | Form ID: 318 | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna Lynn Coleman, 7918 Hanging Branch, San Antonio, TX 78253-4228 |
| 18643767 | + | American Home Patient, PO Box 690397, Orlando, FL 32869-0397 |
| 18643770 | + | BHS Physicians Network, Inc., PO Box 14099, Belfast, ME 04915-4034 |
| 18643769 | + | Baptist Neighborhood Hospital, PO Box 734197, Dallas, TX 75373-4197 |
| 18643774 | + | Capital One - Kohls, PO Box 30277, Salt Lake City, UT 84130-0277 |
| 18643778 | + | Christus Health, PO Box 847053, Dallas, TX 75284-7053 |
| 18643779 | + | Christus Santa Rosa Hosp.Westover Hills, PO Box 847053, Dallas, TX 75284-7053 |
| 18643780 | + | Christus Santa Rosa Medical Center, 2827 Babcock Road, San Antonio, TX 78229-4813 |
| 18643788 | + | Diversified Healthcare Services, Inc., PO Box 6511, Carol Stream, IL 60197-6511 |
| 18643792 | + | Health Track, PO Box 638733, Cincinnati, OH 45263-8733 |
| 18643793 | + | Heritage Dental Center-Marbach, 9590 Marbach Road, San Antonio, TX 78245-1825 |
| 18643794 | + | Huebner Ambulatory Surgery Center, 9618 Huebner Road, #111, San Antonio, TX 78240-1775 |
| 18643798 | + | LVNV Funding, PO Box 1410, Greenville, SC 29602 |
| 18643800 | + | M&S Radiology Associates PA, PO Box 650002, Dallas, TX 75265-0002 |
| 18643807 | + | MRO, 1000 Madison Avenue, #100, Norristown, PA 19403-2426 |
| 18643801 | + | Main Street Renewal, 8918 Tesoro Drive, #100, San Antonio, TX 78217-6219 |
| 18643805 | + | Milestone Parrish, LLC, 100 Lakeside Drive, #150, Horsham, PA 19044-2354 |
| 18643806 | + | Minute Clinic Telehealth, PO Box 14000, Belfast, ME 04915-4033 |
| 18643809 | + | Neurosurgical Associates of S.A., 4410 Medical Drive, #610, San Antonio, TX 78229-3798 |
| 18643811 | + | Pathology Associates of S.A., PO Box 2216, San Antonio, TX 78298-2216 |
| 18643815 | + | River City Imaging Associates, PO Box 10270, Longview, TX 75608-0270 |
| 18643823 | + | STRIC, PO Box 29490, San Antonio, TX 78229-0490 |
| 18643816 | + | Sage Bariatric Institue, 9618 Huebner Road, #202, San Antonio, TX 78240-1776 |
| 18643819 | + | Smart Sales & Lease, 818 Saint Joseph Street, Rapid City, SD 57701-2859 |
| 18643821 | + | Southern Credit Adjusters, Inc., PO Box 2764, Rocky Mount, NC 27802-2764 |
| 18643826 | + | TLRA, 2900 North West, #1300, Houston, TX 77092-8815 |
| 18643824 | + | Tab Bank - Flex Shopper, PO Box 105286 SW #1340, Atlanta, GA 30348-5286 |
| 18643825 | + | The START Center, PO Box 268, San Antonio, TX 78291-0268 |
| 18643831 | + | University Health, PO Box 734809, Dallas, TX 75373-4809 |
| 18643832 | + | University Health - CareLink, 903 W. Martin Street, San Antonio, TX 78207-0903 |
| 18643836 | + | Victoria Emergency Partner, PO Box 203949, Dallas, TX 75320-3949 |
| 18643837 | + | WebBank - Fingerhut, 215 State Street, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRNOSHEROW.COM | Jul 06 2024 02:49:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 05 2024 22:50:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 18643763 | | Email/Text: bankruptcy@acadian.com | Jul 05 2024 22:50:00 | Acadian Ambulance Service, PO Box 92970, Lafayette, LA 70509 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 18643768 | + | EDI: ATTWIREBK.COM | Jul 06 2024 02:49:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 18643764 | + | EDI: ACECASHXPRESS.COM | Jul 06 2024 02:49:00 | Ace Cash Express, 1231 Greenway Drive , #300, Irving, TX 75038-2511 |
| 18643765 | ^ | MEBN | Jul 05 2024 22:45:36 | Acima Leasing, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 18643766 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 05 2024 23:00:18 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 18643771 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 05 2024 22:50:00 | Bridgecrest, 7300 E. Hampton Avenue ,, Mesa, AZ 85209-3324 |
| 18643773 | + | EDI: CAPITALONE.COM | Jul 06 2024 02:49:00 | Capital One, PO Box 30277, Salt Lake City, UT 84130-0277 |
| 18643772 | + | EDI: CAPITALONE.COM | Jul 06 2024 02:49:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 18643775 | + | Email/Text: bankruptcy@cottonwoodfinancial.com | Jul 05 2024 22:50:00 | Cash Store, 2100 W Walnut Hill Lane, Irving, TX 75038-3268 |
| 18643776 | + | Email/Text: bzern@celticbank.com | Jul 05 2024 22:50:00 | Celtic Bank, 268 South State Street, #300, Salt Lake City, UT 84111-5314 |
| 18643777 | + | Email/Text: dl-csgbankruptcy@charter.com | Jul 05 2024 22:50:00 | Charter Communications, 400 Atlantic Street, 10th Floor, Stamford, CT 06901-3512 |
| 18643781 | + | Email/Text: cplbilling@sonichealthcareusa.com | Jul 05 2024 22:50:00 | Clinical Pathology Lab., PO Box 141669, Austin, TX 78714-1669 |
| 18643782 | | EDI: WFNNB.COM | Jul 06 2024 02:49:00 | Comenity Bank - Gamestop, PO Box 183043, Columbus, OH 43218-3043 |
| 18643783 | + | EDI: WFNNB.COM | Jul 06 2024 02:49:00 | Comenity Bank - NY & Co., PO Box 182025, Columbus, OH 43218-2025 |
| 18643784 | + | EDI: WFNNB.COM | Jul 06 2024 02:49:00 | Comenity Bank - Victoria's Secret, PO Box 183043, Columbus, OH 43218-3043 |
| 18643785 | ^ | MEBN | Jul 05 2024 22:45:34 | Consumer Adjustment, 500 NW Plaza Drive, Saint Ann, MO 63074-2218 |
| 18643786 | + | Email/Text: bankruptcy@credencerm.com | Jul 05 2024 22:50:00 | Credence, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 18643787 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jul 05 2024 22:50:00 | Credit Systems International, Inc., PO Box 1088, Arlington, TX 76004-1088 |
| 18643789 | | Email/Text: data_processing@fin-rec.com | Jul 05 2024 22:50:00 | Financial Recovery Services, Inc, PO Box 21405, Eagan, MN 55121-0405 |
| 18643790 | + | EDI: AMINFOFP.COM | Jul 06 2024 02:49:00 | First Premier Bank, PO Box 1348, Sioux Falls, SD 57101-1348 |
| 18643791 | + | Email/Text: bankruptcy@flexshopper.com | Jul 05 2024 22:50:00 | Flex Shopper, 901 Yamato Road, #260, Boca Raton, FL 33431-4415 |
| 18643795 | + | EDI: LCIICSYSTEM | Jul 06 2024 02:49:00 | IC Systems, Inc., PO Box 64437, Saint Paul, MN 55164-0437 |
| 18643796 | | Email/Text: customerservice.us@klarna.com | Jul 05 2024 22:50:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 18643797 | | Email/Text: govtaudits@labcorp.com | Jul 05 2024 22:50:00 | Laboratory Corp of America, PO Box 2240, Burlington, NC 27216 |
| 18643799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 05 2024 23:00:15 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 18643802 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 05 2024 22:50:00 | Midland Credit Management, 320 E. Big Beaver Road , #300, Troy, MI 48083-1271 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 18643804 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 05 2024 22:50:00 | Midland Credit Management, Inc., 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 18643808 | + | Email/Text: bankruptcy@ncaks.com | Jul 05 2024 22:50:00 | National Credit Adjusters, 327 W 4th Avenue, Hutchinson, KS 67501-4842 |
| 18643810 | ^ | MEBN | Jul 05 2024 22:45:04 | PathGroup Labs, LLC, PO Box 740858, Cincinnati, OH 45274-0858 |
| 18643812 | + | Email/Text: bankruptcy@purchasingpower.com | Jul 05 2024 22:50:00 | Purchasing Power, 2727 Paces Ferry Road SE, Bldg 2 #1200, Atlanta, GA 30339-6143 |
| 18643814 |   | Email/Text: info@receivablerecovery.com | Jul 05 2024 22:50:00 | Receivable Recovery Services, LLC, 110 Veterans Blvd, #445, Metairie, LA 70005 |
| 18643813 | + | Email/Text: BANKRUPTCY@RBFCU.ORG | Jul 05 2024 22:50:00 | Randolph Brooks FCU, PO Box 2097, Universal City, TX 78148-2097 |
| 18643817 |   | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 05 2024 22:50:00 | Sezzle, 700 Nicollett Mall, #640, Minneapolis, MN 55402 |
| 18643822 |   | Email/Text: support@spirerecoverysolutions.com | Jul 05 2024 22:50:20 | Spire Recovery Solutions, 57 Canal Street, #302, Lockport, NY 14094 |
| 18643818 | + | Email/Text: dallascorporatelp@sftp.com | Jul 05 2024 22:50:00 | Six Flags, 1000 Ballpark Way, Arlington, TX 76011-5164 |
| 18643820 | + | Email/Text: debra.boline@stoh.com | Jul 05 2024 22:50:00 | South TX Oncology and Hematology, PO Box 268, San Antonio, TX 78291-0268 |
| 18643827 |   | EDI: AISTMBL.COM | Jul 06 2024 02:45:00 | T-Mobile, PO Box 53410, Bellevue, WA 98015-3410 |
| 18643826 | ^ | MEBN | Jul 05 2024 22:45:49 | TLRA, 2900 North West, #1300, Houston, TX 77092-8815 |
| 18643828 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 05 2024 22:50:00 | Transworld Systems Inc., 500 Virginia Drive, #514, Fort Washington, PA 19034-2733 |
| 18643829 | ^ | MEBN | Jul 05 2024 22:45:06 | Trident Asset Management, 10375 Old Alabama Road, Alpharetta, GA 30022 |
| 18643830 | + | Email/Text: accountservicing@trueaccord.com | Jul 05 2024 22:50:00 | True Accord, 16011 College Bend , #130, Lenexa, KS 66219-9877 |
| 18643833 | ^ | MEBN | Jul 05 2024 22:45:29 | US Acute Care, PO Box 9820, Coral Springs, FL 33075-0820 |
| 18643834 | + | Email/Text: webadmin@vhllc.co | Jul 05 2024 22:50:00 | Vance and Huffman, LLC, 55 Monette Pkwy, #100, Smithfield, VA 23430-2577 |
| 18643835 | + | EDI: VERIZONCOMB.COM | Jul 06 2024 02:45:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |
| 18643838 | + | EDI: WFFC2 | Jul 06 2024 02:49:00 | Wells Fargo Auto, PO Box 10709, Raleigh, NC 27605-0709 |
| 18643839 | + | Email/Text: bk@worldacceptance.com | Jul 05 2024 22:50:17 | World Finance, PO Box 6429, Greenville, SC 29606-6429 |
| 18643840 | + | Email/Text: bk@worldacceptance.com | Jul 05 2024 22:50:20 | World Finance Corp., 9827 Potranco Road, #104, San Antonio, TX 78251-9606 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18643803 | *+ | Midland Credit Management, 320 E. Big Beaver Road, #300, Troy, MI 48083-1271 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Randolph N Osherow | rosherow@hotmail.com rosherow@ecf.axosfs.com |
| Rick Flume | on behalf of Debtor Deanna Lynn Coleman notices@flumelaw.com FlumeAssociates@jubileebk.net |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 3